FILED

03/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0012

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA-23-0012

ALMA EDWARDS,

                  Plaintiff/Appellant,

-vs-

TURLEY DENTAL CARE, PC,

                  Defendant/Appellee.

**GRANT OF EXTENSION OF TIME TO FILE APPELLEE'S ANSWER BRIEF**

Appellee has filed an Unopposed Motion for Extension of Time up to and including May 8, 2023, within which to file Appellee's Answer Brief. Appellee's counsel has represented to the Court that Appellant's counsel has been contacted and does not object to this Motion.

The motion for extension of time through and including May 8, 2023, within which to file the Appellee's Answer Brief, is hereby GRANTED.

**DATED** this _____ day of March, 2023.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 21 2023